IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | |
|---|---|
| **LISA R. MURPHY**<br>**ADC # 760343** | **PLAINTIFF** |
| v. Case No. 1:15-cv-00104-KGB | |
| **BLEDSO, Director of Nursing,**<br>**McPherson Unit,** *et al.* | **DEFENDANTS** |

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Joe Volpe (Dkt. No. 3). No objections have been filed, and the time for filing objections has passed. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court dismisses without prejudice this case.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 7th day of January, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge